UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-cv-61063-JEM

RICHARD FRESCO, CARLOS BARRETT, JEFFREY HY, MARY ANN COLLIER, ROY McGOLDRICK, ROBERT PINO, KENNETH HERETICK, RUSSELL V. ROSEN and JOEL LEVINE,

    Plaintiffs,

vs.

AUTOMOTIVE DIRECTIONS, INC., a Wisconsin corporation; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; R.L. POLK & CO., a Delaware corporation; CHOICEPOINT PUBLIC RECORDS INC., a Georgia corporation; CHOICEPOINT INC., a Georgia corporation; CHOICEPOINT SERVICES INC., a Georgia corporation; CHOICEPOINT PRECISION MARKETING INC., a Georgia corporation; KNOWX LLC, a Georgia limited liability company; SEISINT, INC., a Florida corporation; REED ELSEVIER INC., a Massachusetts corporation; ACXIOM CORPORATION, a Delaware corporation; and eFUNDS CORPORATION, a Delaware corporation,

    Defendants.

**MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED SETTLEMENT**

For the reasons set forth in their accompanying memorandum, plaintiffs,

RICHARD FRESCO, CARLOS BARRETT, JEFFREY HY, MARY ANN COLLIER,

ROY McGOLDRICK, ROBERT PINO, JOEL LEVINE, KENNETH W. HERETICK,

1

and RUSSELL V. ROSEN, individually and on behalf of all others similarly situated ("plaintiffs" and the "Settlement Class Members"), respectfully move this Court to enter an Order (1) granting preliminary approval of the proposed settlement, (2) conditionally certifying a Settlement Class, (3) appointing Class Counsel, including Lead Class Counsel, (4) approving the proposed Notice Plan and directing that it be implemented, and (5) appointing Kinsella/Novak Communications, Ltd. and Rust Consulting, Inc. as the Notice Administrators.

Settling Defendants Automotive Directions, Inc.; ChoicePoint Services Inc.; ChoicePoint Public Records Inc.; ChoicePoint Inc.; ChoicePoint Precision Marketing Inc.; KnowX LLC; eFunds Corporation; Experian Information Solutions, Inc.; Reed Elsevier Inc.; and Seisint, Inc. join in this motion, agreeing that the proposed settlement should be preliminarily approved, and not contesting certification of the conditional Settlement Class.[1]

Dated: December 20, 2006

Respectfully submitted,

*/s/ Aronovitz*
Tod Aronovitz, Esq.
Steven Jaffe, Esq.
ARONOVITZ TRIAL LAWYERS
150 W. Flagler Street, Suite 2700
Miami, FL 33130

and

---

[1] Settling Defendants reserve their rights, however, to contest any litigated motion for class certification.

2

_[signature]_

John A. Yanchunis, Esq.
Mark S. Fistos, Esq.
JAMES HOYER NEWCOMBER &
SMILJANICH, P.A.
3301 Thomasville Road
Suite A200
Tallahassee, FL 32308

and

David D. Welch, Esq.
David D. Welch Law Offices
Washington Mutual Bank Building, #400
2401 E. Atlantic Boulevard
Pompano Beach, FL 33062

and

Joel S. Perwin, Esq.
JOEL S. PERWIN, P.A.
Alfred I. DuPont Building, Suite 1422
169 E. Flagler Street
Miami, FL 33131

and

Peter A. Portley, Esq.
PORTLEY AND SULLIVAN
2211 E. Sample Road
Lighthouse Point, FL 33064

and

Lawrence D. Goodman, Esq.
DEVINE GOODMAN PALLOT & WELLS, P.A.
777 Brickell Avenue, Suite 850
Miami, FL 33131

and

James K. Green, Esq.
JAMES K. GREEN, P.A.
Suite 1650, Esperante
222 Lakeview Avenue
West Palm Beach, FL  33401

and

Jack Scarola, Esq.
David Sales, Esq.
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY, P.A.
2139 Palm Beach Lakes Boulevard
P.O. Drawer 3626
West Palm Beach, FL  33401

**ATTORNEYS FOR NAMED
PLAINTIFFS AND
SETTLEMENT CLASS**

Joining in Motion:

*[signature]*

Thomas H. Loffredo, Esq.
Katherine H. Miller, Esq.
HOLLAND & KNIGHT LLP
One East Broward Blvd.
Suite 1300
Fort Lauderdale, FL 33301
**ATTORNEYS FOR DEFENDANT
AUTOMOTIVE DIRECTIONS, INC.
Signing on behalf of all Settling
Defendants**


Laurie S. Fulton, Esq.
Raymond W. Bergan, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, D.C. 20005

and

Alan G. Greer, Esq.
RICHMAN, GREER, WEIL,
BRUMBAUGH, MIRABITO &
CHRISTENSEN, P.A.
Miami Center -- 10th Floor
201 S. Biscayne Boulevard
Miami, FL 33130
**ATTORNEYS FOR DEFENDANTS
CHOICEPOINT SERVICES INC.,
CHOICEPOINT INC., CHOICEPOINT
PRECISION MARKETING INC.,
CHOICEPOINT PUBLIC RECORDS
INC., AND KNOWX LLC**

Gary L. Sasso, Esq.
James Michael Walls, Esq.
CARLTON FIELDS
Corporate Center Three at International Plaza
4221 West Boy Scout Boulevard
Tampa, FL 33607
**ATTORNEYS FOR DEFENDANT eFUNDS CORPORATION**


Jerome R. Doak, Esq.
Margaret I. Lyle, Esq.
Amy Payne, Esq.
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201

and

James E. Zloch, Esq.
Dennis M. O'Hara, Esq.
WICKER, SMITH, O'HARA, MCCOY, GRAHAM & FORD, P.A.
SunTrust Bank, Suite 1400
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
**ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**


Charles J. Faruki, Esq.
Jeffrey T. Cox, Esq.
Ronald I. Raether, Jr., Esq.
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402

and

Sidney A. Stubbs, Esq.
Roberto M. Vargas, Esq.
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
Flagler Center Tower
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401-5936
**ATTORNEYS FOR DEFENDANT REED ELSEVIER INC.**


Keara Gordon, Esq.
Peter Sharp, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020

and

Adam J. Hodkin, Esq.
GELCH TAYLOR HODKIN KOEPLEWITZ & OSTROW, P.A.
350 East Las Olas Boulevard
Suite 1440
Ft. Lauderdale, FL 33301
**ATTORNEYS FOR DEFENDANT SEISINT, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2006, I electronically filed the Motion For Preliminary Approval Of Proposed Settlement with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_/s/ [signature]_

## SERVICE LIST

Scott J. Frank
Lauren D. Levy
Butler Pappas Weihmuller Katz Craig
80 SW 8th St., Suite 3300
Miami, FL  33130
R.L. Polk & Co.
[U.S. Mail]

Lewis F. Collins, Jr.
Butler Pappas Weihmuller Katz Craig
Bayport Plaza, Suite 1100
6200 Courtney Campbell Causeway
Tampa, FL 33607
R.L. Polk & Co.
[CM/ECF]

Juan C. Enjamio
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Acxiom Corporation
[CM/ECF]