

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-CIV-61063-MARTINEZ-SIMONTON

RICHARD FRESCO, et al.

    Plaintiff,

vs.

AUTOMOTIVE DIRECTIONS, INC. et al.

    Defendant,

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Irving S. Bergrin and Robert Falkner Objectors in the above-styled cause, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment and Order on Motion for Attorney's Fees and Costs (DE#629), entered on January 20, 2009.

Dated: February 11, 2009

                                        Respectfully submitted,

                                        Irving S. Bergrin
                                        27600 Chagrin Blvd., Ste. 340
                                        Cleveland, Ohio 44122
                                        ((216) 831-3424/Fax: 831-6580
                                        e-mail: ibergrin@aol.com

                                        Robert Falkner
                                        20826 Almar Rd.
                                        Shaker Heights Ohio 44120
                                        (216) 991-4589
                                        cigarmanraf@yahoo.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was send by ordinary US Mail, to the following on this 11 day of February 2009:

Tod Aronivitz, Esq.
Aronovitz & Associates
150 W. Flagler Ave. Suite 2700
Miami Florida 33130

John A. Yachunis
James, Hoyer, Newcomer & Smiljanich, PA
4830 Kennedy Blvd. #550
Tampa Fl. 33609

By: _____