# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 29, 2009



FILED by _____ D.C.
OCT 0 2 2009
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813

**Appeal Number: 07-12447-CC**
Case Style: Linda B. Brooks v. Auto Data Direct, Inc.
District Court Number: 03-61063 CV-JEM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The record on appeal will be returned to you at a later date.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Eleanor Dixon (404) 335-6172

The enclosed order is for consolidated appeals 07-12447-CC and 09-10887-C.

Encl.

DIS-4  (4-2009)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-12447-CC



SHARON TAYLOR,
JAMES DOUGLAS BOOKER,
LOWRY BRILEY,
ET AL.,

            Proposed Intervenors-Appellants,

LINDA B. BROOKS,
RICHARD FRESCO, et al.,

            Plaintiffs-Appellee,

versus

AUTOMOTIVE DIRECTIONS, INC., a Wisconsin Corporation,
EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,
ET AL.,

            Defendants-Appellees.

No. 09-10887-C

CARRIE ANDERSON,
CHEYL DUTILL,
GEORGE AGUILAR,
ET AL.,

            Appellants,

versus

AUTOMOTIVE DIRECTIONS, INC., a Wisconsin Corporation,
EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio Corporation,
ET AL.,

                                                                            Defendants-Appellees.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: TJOFLAT and CARNES, Circuit Judges, and THRASH,* District Judge.

BY THE COURT:

    Appellants' motions to dismiss these appeals with prejudice are GRANTED.

    As these motions dismiss both appeals in their entirety, the Clerk is directed to close these consolidated appeals.

---

* Honorable Thomas W. Thrash, United States District Judge for the Northern District of Georgia, sitting by designation.

A True Copy Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia